# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BURNSIDE, FRANCISCO GOMEZ, RAY ARNETT, CHARLES LINGENFELLER, RON CRUES, and CHARLES R. WILLIAMS, individually, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>vs.<br>KIEWIT PACIFIC CORPORATION, a Delaware corporation; and DOES ONE through ONE HUNDRED, inclusive,<br><br>                Defendants. | CASE NO. 04-CV-1745-H (NLS)<br><br>**ORDER REMANDING CASE TO SAN DIEGO COUNTY SUPERIOR COURT** |

      On June 21, 2004, Plaintiffs Robert Burnside, Francisco Gomez, Ray Arnett, Charles Lingenfeller, Ron Crues, and Charles R. Williams filed suit in state court against their former employer, Defendant Kiewit Pacific Co. On August 27, 2004, Defendant Kiewit removed the matter to this Court pursuant to 28 U.S.C. § 1441, asserting that Plaintiffs' suit raised a federal question under the Labor Management and Relations Act, 29 U.S.C. § 185.

      On June 20, 2007, following Plaintiffs' appeal of several of this Court's orders, the United States Court of Appeals for the Ninth Circuit remanded the case to this Court with instructions to remand the matter to the Superior Court of San Diego

1  County. Accordingly, the Court **REMANDS** this case to the Superior Court of San
2  Diego County. Following remand, the Clerk of Court shall close this case.
3      IT IS SO ORDERED.
4  DATED: July 30, 2007

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record